# Court of Appeals
# of the State of Georgia

ATLANTA, June 14, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0412.  HUYNH HUNG v. THE STATE.**

Huynh Hung filed this application for discretionary appeal to challenge the trial court's order denying his motion in arrest of judgment.  See OCGA § 17-9-61 (b).  The Supreme Court has made clear, however, that the denial of a motion in arrest of judgment – even if untimely – may be appealed directly.  See *Lay v. State*, 289 Ga. 210, 212 (2) (710 SE2d 141) (2011).

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.  Hung shall have 10 days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/14/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*